**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI)**

IN RE:                                                                  Case No.: 24-22591-PDR

Amanda Delgado,                                          Chapter 13

_____Debtor._____/

**RESPONSE TO DEBTOR'S EMERGENCY MOTION TO**
**APPROVE SALE OF HOMESTEAD PROPERTY LOCATED AT**
**1220 NW 125TH STREET, NORTH MIAMI, FLORIDA 33167 [D.E. 51]**

COMES NOW, Newrez LLC d/b/a Shellpoint Mortgage Servicing as servicer for  Illinois

General Investment Trust ("Secured Creditor"), by and through its undersigned attorney, and

files this written response to the Debtor's Emergency Motion to Approve Sale of Homestead

Property [D.E. 51], and as grounds therefore states:

1.      Newrez LLC d/b/a Shellpoint Mortgage Servicing as servicer for    Illinois

General  Investment  Trust  is  a  secured  creditor  holding  a  secured  Claim  against  the  Debtor's

Property, **1220 NW 125th Street, North Miami, Florida 33167**.

2.      The Debtor is in the process of selling the property located at **1220 NW 125th**

**Street, North Miami, Florida 33167**.

3.      Secured Creditor does not oppose the motion or sale provided the loan is paid in

full per their updated payoff through closing.

4.      The current payoff is $226,458.72, good through August 5, 2026.

WHEREFORE, PREMISES CONSIDERED, Secured Creditor prays that the Court will

approve the Debtor's Motion with the stipulation that Secured Creditor's loan is paid in full.

DATED this 5th day of August 2026.

Respectfully submitted,

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
Attorney for Creditor

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to

the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this

5th day of August 2026:

/S/ Seth J. Greenhill
SETH J. GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
SGreenhill@padgettlaw.net
Attorney for Creditor

## SERVICE LIST (CASE NO. 24-22591-PDR)

*Debtor*
Amanda Delgado
1220 NW 125th St
Miami, FL 33167

*Attorney for Debtor*
Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

*Trustee*
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130